188 So. 921

**Ex parte H. S. MILLER (Re H. S. MILLER v. Travis TEMPLE).**

**6 Div. 465.**

Supreme Court of Alabama.
April 18, 1939.

Horace C. Wilkinson, of Birmingham, for petitioner.

PER CURIAM.
Petition dismissed on motion of petitioner.

188 So. 921

**Demps REDDICK v. Isadore BLEY.**

**2 Div. 121.**

Supreme Court of Alabama.
March 23, 1939.

L. R. Wilson, of Demopolis, for appellant.
J. F. Aldridge, of Eutaw, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

186 So. 914

**E. P. RIMP et al. v. Ab CROW, as Sheriff.**

**7 Div. 493.**

Supreme Court of Alabama.
Jan. 19, 1939.

Frank B. Embry, of Pell City, for appellants.

W. L. Acuff, of Ashville, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

188 So. 921

**Frank RIVA et al. v. Stella RIVA, Adm'x, et al.**

**6 Div. 478.**

Supreme Court of Alabama.
May 17, 1939.

Smyer, Smyer & Bainbridge, of Birmingham, for appellants.
Basil A. Wood, of Birmingham, for appellees.

PER CURIAM.
Reversed and remanded for settlement by agreement.

185 So. 918

**Ernest SPICER v. STATE.**

**1 Div. 39.**

Supreme Court of Alabama.
Dec. 17, 1938.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed.